IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JUAN MURILLO-RUVALCABA,               §
Institutional ID No. 17003-508        §
                                      §
                                      §
                          Plaintiff,  §
                                      §
v.                                    §    CIVIL ACTION NO.  1:22-CV-00027-C
                                      §
ROLLING PLAINS DETENTION              §
CENTER,                               §
                          Defendant.  §

## ORDER

The Plaintiff has been permitted to file his complaint and is acting pro se.  After an initial review pursuant to 28 U.S.C. § 1915, the Court is of the opinion that this case should be **TRANSFERRED** to the docket of the Honorable John R. Parker, United States Magistrate Judge, for further proceedings.  This case shall hereafter be numbered **Civil Action No. 1:22-CV-00027-BU.**

The Magistrate Judge shall conduct a hearing under the authority of *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), and shall advise Plaintiff of the availability of the Magistrate Judge to exercise jurisdiction to conduct any or all proceedings in Plaintiff's case pursuant to 28 U.S.C. § 636(c).  If the Magistrate Judge determines that it would not be feasible to conduct a *Spears* hearing, the Magistrate Judge shall utilize a questionnaire to develop the factual basis of Plaintiff's complaint pursuant to the authority of *Watson v. Ault*, 525 F.2d 886 (5th Cir. 1976).

If the Plaintiff consents to proceed before the Magistrate Judge, subject to the consent of each Defendant, the Magistrate Judge is designated to exercise jurisdiction to conduct any and all proceedings as provided in 28 U.S.C. § 636(c), to conduct the trial of the case, and to order the entry of judgment in the case pursuant to *Neals v. Norwood*, 59 F.3d 530 (5th Cir. 1995).  Any

consent will be filed and docketed by the Clerk upon receipt. Any appeal from the judgment of the Magistrate Judge shall be to the Court of Appeals as provided by 28 U.S.C. § 636(c)(3).

The Magistrate Judge shall order the transfer of this case back to the docket of this Court and file proposed findings of fact, conclusions of law, and recommendations for the disposition of the case pursuant to 28 U.S.C. § 636(b)(1) **within 365 days from the date of this Order** in the following circumstances:

(1)    the Plaintiff does not consent to proceed before the Magistrate Judge; or

(2)    the Plaintiff consents to proceed before the Magistrate Judge, but a Defendant does not consent.

SO ORDERED.

Dated March 29, 2022.

SAM R. CUMMINGS
Senior United States District Judge